UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                            No.  21-CR-592-LTS

NOEMI ALGODON,

    Defendant.

-----------------------------------------------------------x

## Scheduling Order

The change-of-plea hearing in this case is scheduled to proceed on **May 19, 2023, at 2:30 p.m.**, in Courtroom 17C.  The parties' attention is directed to the Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at https://www.nysd.uscourts.gov/covid-19-coronavirus.

    SO ORDERED.

Dated: New York, New York
       March 31, 2023

                                                  /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                                  Chief United States District Judge