UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

        - v. -

NOEMI ALGODON,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CORRECTED PRELIMINARY
ORDER OF FORFEITURE/
MONEY JUDGMENT

21 Cr. 592 (LTS)

WHEREAS, on or about September 27, 2021, NOEMI ALGODON (the "Defendant") was charged in an Indictment, 21 Cr. 592 (LTS) (the "Indictment"), with, among other offenses, conspiracy to commit health care fraud, in violation of Title 18, United States Code, Section 1349 (Count One);

WHEREAS, the Indictment included a forfeiture allegation as to Count One of the Indictment, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 982(a)(7), of any and all property constituting, or derived from, any proceeds the Defendant obtained, directly or indirectly, as a result of the commission of the offense charged in Count One of the Indictment, including but limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offense charged Count One of the Indictment;

WHEREAS, on or about May 19, 2023, the Defendant pled guilty to Count One of the Indictment, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count One of the Indictment and agreed to forfeit to the United States, pursuant to Title 18, United States Code 982(a)(7), a sum of money equal to $3,132,154 in United States currency, representing proceeds traceable to the commission of the offense charged in Count One of the Indictment;

WHEREAS, on or about May 23, 2023, the Court entered a Consent Preliminary Order of Forfeiture/Money Judgment imposing a forfeiture money judgment against the Defendant in the amount of $3,132,154 in United States currency (the "Money Judgment") representing the amount of proceeds traceable to the offense charged in Count One of the Indictment that the Defendant personally obtained (the "Preliminary Order of Forfeiture") (D.E. 165);

WHEREAS, the Preliminary Order of Forfeiture incorrectly identified the United States Marshal Service as the agency authorized to accept and deposit payments made towards the satisfaction of the Money Judgment; and

WHEREAS, the Preliminary Order of Forfeiture is to be corrected only as to the corrected agency, and the Preliminary Order of Forfeiture should in all other respects remain unchanged and fully incorporated herein;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. All payments on the outstanding Money Judgment shall be made by postal money order, bank or certified check, made payable to the United States Department of Treasury, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

2. The United States Department of Treasury is authorized to deposit the payments on the Money Judgment into the Treasury Forfeiture Fund, and the United States shall have clear title to such forfeited property.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

3. The Court shall retain jurisdiction to enforce this Corrected Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

SO ORDERED:

/s/ Laura Taylor SwainJanuary 8, 2024
HONORABLE LAURA TAYLOR SWAINDATE
UNITED STATES DISTRICT JUDGE